1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  575 East Alluvial, Ste. 105
   Fresno, California 93720
3  Telephone: (559) 449-9069
   Facsimile:  (559) 513-8530
4

5  Attorney for Defendant,
   JOSE ANTONIO GUZMAN
6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   CASE NO. 1:11-cr-00235-LJO
                                    )
12                                  )
                                    )   STIPULATION TO CONTINUE
13            Plaintiff,            )   SENTENCING HEARING TO
                                    )   OCTOBER 29, 2012
14 vs.                              )
                                    )
15 JOSE ANTONIO GUZMAN,             )
                                    )
16                                  )
                                    )
17            Defendant.            )
                                    )
18 _____  )

19      **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

20 respective attorneys of record herein, that the Sentencing Hearing in the above captioned matter

21 now set for September 4, 2012, **may be continued to October 29, 2012 at 8:30 A.M.**

22       Defendant is eligible for the safety valve.  Both defense counsel and Ms. Montoya have

23 been unable to arrange for the completion of a safety valve debriefing due to litigation and

24 ///

25 ///

26 ///

27 ///

28 ///

vacation schedules and availability of the agents.  The requested continuance will serve the ends of justice and result in the economic use of time and resources as well as conserve time and resources for all parties and the court.

Dated: August 30, 2012  /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant
VICTOR ALFONSO
MADRIGAL-CARDENAS

BENJAMIN B. WAGNER
United States Attorney

Dated: August 30, 2012  /s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant United States Attorney

ORDER

Having read and considered the foregoing stipulation,

**IT IS THE ORDER** of the Court that the current Sentencing Hearing set for September 4, 2012, is hereby vacated and is reset for October 29, 2012 at 8:30 AM

IT IS SO ORDERED.

**Dated:   August 30, 2012**  /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE